UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  06-14318-CIV-MARTINEZ-LYNCH

BROADCAST MUSIC, INC. et al.,
    Plaintiffs,

vs.

AUSTIN STAR, INC. d/b/a LONG BRANCH SALOON and DEBORAH L. ALLISON and RICHARD G. HUGHES, each individually,
    Defendants.
_____/

## ORDER TO SHOW CAUSE

This cause came upon a *sua sponte* review of the record.

The record reflects that on January 4, 2007, this Court issued an order that required corporate Defendant to seek counsel and struck the Answer filed by Defendant Deborah Allison. (D.E. No. 10).  That Order also required all Defendants to file an appropriate answer to the Complaint.   Counsel for all Defendants filed a Notice of Appearance on January 16, 2007. However, the time to comply with the requirement to respond to the Complaint has passed and, to date, no response to the Complaint has been filed.  It is, therefore

ORDERED AND ADJUDGED that

1.  On or before **Wednesday, January 24, 2007 at 4:30 p.m.** Defendants shall show cause in writing default judgment against all Defendants should not be imposed for failure to comply with this Court's order and failures to comply with the Federal Rules of Civil Procedure, including Federal Rule of Civil Procedure 12.

2.  Failure to show cause as required by this Order will result in sanctions or other appropriate measures, including default judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of January, 2007.

                                                                  _____
                                                                  JOSE E. MARTINEZ
                                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record